NAOMI D. RING, Respondent, *v.* PATRICK J. RING, Appellant.

*Ring* v. *Ring*, 127 App. Div. 411, affirmed.
(Argued October 4, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 11, 1908, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
in an action to set aside a deed of real property.

*William L. Snyder* for appellant.

*Arthur M. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER. WILLARD BART-
LETT, HISCOCK and CHASE, JJ.